UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAO VICTOR BRUM BORGES,<br><br>        Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth<br>        County Correctional Facility,<br>PATRICIA HYDE, Field Office Director,<br>MICHAEL KROL, HSI New England Special<br>        Agent in Charge,<br>TODD LYONS, Acting Director U.S. Immigrations<br>        and Customs Enforcement, and<br>KRISTI NOEM, U.S. Secretary of<br>        Homeland Security,<br><br>        Respondents. | Case No. _____<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## INTRODUCTION

1. Petitioner Joao Victor Brum Borges is a Brazilian national in removal proceedings at the Boston Immigration Court. He is the spouse of a USC and the beneficiary of an I-130 Petition for Alien Relative. On information and belief, he was unlawfully detained by federal immigration agents outside of his home in Tewksbury, MA on June 4, 2025.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that he was unlawfully detained and order his release.

## JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner resides and was detained in Tewksbury, MA, and on

information and belief is detained in the District of Massachusetts.

## PARTIES AND FACTS ALLEGED

6. The Petitioner Joao Victor Brum Borges is a construction worker and spouse of a USC. He resides in Tewksbury, Massachusetts.

7. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

8. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

10. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

11. Respondent Antone Moniz is the Superintendent of the Plymouth County Correctional Facility and is petitioner's immediate custodian.

12. All respondents are named in their official capacities.

13. Petitioner is a Brazilian national in removal proceedings before the Boston Immigration Court. On information and belief, he was detained without cause by U.S. Immigration and Customs Enforcement agents outside of his home in Tewksbury, MA on June 4, 2025, at around 8:00 AM.

14. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

15. Petitioner is the beneficiary of a pending I-130 Petition for Alien Relative with United States Citizenship and Immigration Services.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

16. On information and belief, Petitioner is currently being arrested and detained at the Plymouth County Correctional Facility by federal agents without cause and in violation of his constitutional rights to due process of law.

### PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.

(4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(6) Grant any further relief this Court deems just and proper.

Respectfully submitted,

Amelia L. Ritenour, Esq.
BBO 711574; FIRST CIRCUIT 1214064
Law Office of Stephen Bandar
2000 Massachusetts Ave., Suite 2
Cambridge, MA 02140
781-640-2611
aritenour@bandarlawoffice.com

*Counsel for Petitioner*

Dated: June 5, 2025