UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAO VICTOR BRUM BORGES,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | No. 1:25-cv-11640-IT |

**STIPULATION OF DISMISSAL**

Pursuant to the Court's Order (Doc. No. 19), Petitioner Joao Victor Brum Borges received a timely bond hearing and is now released on bond. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents[1] hereby stipulate to dismiss this action with prejudice and without fees or costs.

Dated: July 23, 2025

Respectfully submitted,

*/s/ Amelia Lynn Ritenour*
Amelia Lynn Ritenour
Law Office of Stephen Bandar
6 Lincoln Knoll Ln., Suite 102
Burlington, MA 01803
(781) 640-2611
aritenour@bandarlawoffice.com
*Counsel for Petitioner*

---

[1] Respondents are Antone Moniz (Superintendent of Plymouth County Correctional Facility), Patricia Hyde (Field Office Director, U.S. Immigration and Customs Enforcement ("ICE")), Michael Krol (Special Agent in Charge for New England, Homeland Security Investigations), Todd Lyons (Acting Director of ICE), and Kristi Noem (Secretary of the U.S. Department of Homeland Security).

          LEAH B. FOLEY
          United States Attorney

By: */s/ Julian N. Canzoneri*
   Julian N. Canzoneri
   Assistant U.S. Attorney
   U.S. Attorney's Office
   John Joseph Moakley U.S. Courthouse
   One Courthouse Way, Suite 9200
   Boston, Massachusetts 02210
   (617) 748-3170
   julian.canzoneri@usdoj.gov
   *Counsel for Respondents*

## CERTIFICATE OF SERVICE

 I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 23, 2025.

              */s/ Amelia Lynn Ritenour*
              Amelia Lynn Ritenour